IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HERMAN H. STEVENSON, III.**
**REG. #24905-034**                                                                           **PETITIONER**

**v.**                              **CASE NO. 2:12CV00233 BSM**

**JOHN B. FOX, Warden, FCI-Forrest City**                              **RESPONDENT**

### ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed, along with the objections filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, adopted in their entirety. Accordingly, plaintiff's petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 9th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE